# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONLIN & CO., LLC,<br>    Plaintiff,<br><br>    v.<br><br>JOEL TAYLOR, and<br>J. TAYLOR SECURITY, INC., formerly<br>know as "TAYLOR SECURITY AND<br>LOCK COMPANY,"<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-2451 |

## O R D E R

**AND NOW**, this 3rd day of February, 2020, upon consideration of defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Document No. 4, filed August 2, 2019), and plaintiff's Memorandum of Law in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, **IT IS ORDERED** that defendants' Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' Request for Hearing (Document No. 13, filed January 23, 2020) is **DENIED AS MOOT**.

                 **BY THE COURT:**

                 **/s/ Hon. Jan E. DuBois**

                   DuBOIS, JAN E., J.